1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BERNELL FLORENZ BUTLER JR., ) Case No. EDCV 14-1454-JAK (JPR)
                                  )
12                  Petitioner,   )
                                  )         **J U D G M E N T**
13           vs.                  )
                                  )
14   J. SOTO, Warden,             )
                                  )
15                  Respondent.   )
     ───────────────────────────── )
16

17        Under the Order Accepting Findings and Recommendations of

18   U.S. Magistrate Judge,

19        IT IS HEREBY ADJUDGED that this action is dismissed with

20   prejudice.

21

22

23   DATED: _____8/21/15_____        _____
                                     JOHN A. KRONSTADT
24                                   U.S. DISTRICT JUDGE

25

26

27

28